# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Corynne Craig v. Bayer Corporation, et al.* | No. 11-cv-13098-DRH |
| *Nicole Gonzalez v. Bayer Corporation, et al.* | No. 12-cv-10761-DRH |
| *Denise Kyle v. Bayer Corporation, et al.* | No. 12-cv-10763-DRH |
| *Lynne Leonard v. Bayer Corporation, et al.* | No. 12-cv-11538-DRH |
| *Daneda Parker v. Bayer Corporation, et al.* | No. 12-cv-11492-DRH |
| *Anne Thompson v. Bayer Corporation, et al.* | No. 10-cv-12621-DRH |
| *Nicole Whitmire, et al. v. Bayer Corporation, et al.* | No. 11-cv-12695-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 27, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   **/s/Caitlin Fischer**
**Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2014.08.27
13:21:35 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**